**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**NOVEMBER 16, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6516**

In the Matter of                                              Case Number:

DONNA MOLINA, as Mother and Next Friend of
LETICIA MOLINA, a Minor,
       vs.
CITY OF KANKAKEE, KANKAKEE POLICE
DEPARTMENT, and DEANN REGAS

**JUDGE GOTTSCHALL
MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF DONNA MOLINA, as Mother and Next Friend of LETICIA MOLINA, a Minor,

| |
|---|
| NAME (Type or print)<br> BRUCE M. BOZICH |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ BRUCE M. BOZICH |
| FIRM<br> LAW OFFICES OF BRUCE M. BOZICH |
| STREET ADDRESS<br> 11800 S. 75th Avenue |
| CITY/STATE/ZIP<br> Palos Heights, IL 60463 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 270210 | TELEPHONE NUMBER<br> 708-923-6000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐