U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

**FILED**
**NOVEMBER 16, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6516**

In the Matter of                                        Case Number:

DONNA MOLINA, as Mother and Next Friend of LETICIA MOLINA, a Minor,
              vs.
CITY OF KANKAKEE, KANKAKEE POLICE DEPARTMENT, and DEANN REGAS

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF DONNA MOLINA, as Mother and Next Friend of LETICIA MOLINA, a Minor,

| | |
|---|---|
| NAME (Type or print) | |
| JOSEPH A. KORN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ JOSEPH A. KORN | |
| FIRM | |
| LAW OFFICES OF BRUCE M. BOZICH | |
| STREET ADDRESS | |
| 11800 S. 75th Avenue | |
| CITY/STATE/ZIP | |
| Palos Heights, IL 60463 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6216380 | 708-923-6000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐