**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| DONNA MOLINA, as mother and next friend of LETICIA MOLINA, a minor, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.07 C 6516 |
| CITY OF KANKAKEE, KANKAKEE POLICE DEPARTMENT, and DEANN REGAS, | ) ) ) | |
| Defendants. | ) | |

## MOTION TO TRANSFER

NOW COMES Plaintiff, DONNA MOLINA, as mother and next friend of LETICIA MOLINA, a minor, by and through her attorneys, the LAW OFFICES OF BRUCE M. BOZICH, and for her Motion to Transfer, states as follows:

1. Plaintiff recently filed this action against Defendants in the United States District Court for the Northern District of Illinois, Eastern Division.

2. All of the Defendants are located in Kankakee County, Illinois. The occurrence and events in question also took place in Kankakee County, Illinois.

3. It has recently come to Plaintiff's attention that Kankakee County is located within the boundaries for the Central District of Illinois, and not within the boundaries of the Northern District of Illinois.

4. As a result, Plaintiff is hereby requesting that this honorable Court enter an order transferring this matter to the to the United States District Court for the Central District of Illinois, Urbana Division.

WHEREFORE, Plaintiff, DONNA MOLINA, as mother and next friend of LETICIA

MOLINA, a minor, respectfully requests that this matter be transferred to the proper venue.

                                                  Respectfully submitted,

                                             s/Joseph A. Korn

LAW OFFICES OF BRUCE M. BOZICH
11800 South 75th Avenue
Palos Heights, IL 60463
(708) 923-6000