## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DONNA MOLINA, as mother and next friend of LETICIA MOLINA, a minor, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | No.07 C 6516 |
| CITY OF KANKAKEE, KANKAKEE POLICE DEPARTMENT, and DEANN REGAS, ) ) ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Christopher W. Bohlen
      City Attorney
      385 East Oak Street
      Kankakee, Illinois   60901

    PLEASE TAKE NOTICE that on **December 27, 2007** at **9:30a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gottschall, United States District Judge, or any judge hearing his motions on that day, in **Room 2325** of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached Motion to Transfer, at which time and place you may appear, if you so see fit.

                                                                                       s/Joseph A. Korn
                                                                                    Attorney for Plaintiff

## Certificate of Service

    The undersigned hereby certifies that the following document: Plaintiff's Notice of Motion to Transfer, was served on December 10, 2007 in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case filing pursuant to the District Court's Electronic Case Filing (ECF) system as to ECF filers.

                                                                                    s/Joseph A. Korn
                                                                                   Attorney for Plaintiff

LAW OFFICES OF BRUCE M. BOZICH
11800 South 75th Avenue
Palos Heights, IL 60463
(708) 923-6000
Attorney No.  00270210