# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6516 | **DATE** | 1/3/2008 |
| **CASE TITLE** | Molina vs. City of Kankakee | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Plaintiff's motion to transfer [7] is granted.  It is hereby ordered that this matter is transferred to the United States District Court for the Central District of Illinois, Urbana Division.  Status hearing set for 1/16/2008 is stricken.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RJ |
|---|---|---|