

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
   **CLERK**

(312) 435-5691

January 24, 2008

John M. Waters, Clerk
U.S. District Court
218 U.S. Courthouse
201 S. Vine Street
Urbana IL 61802

RE:       Molina vs. City of Kankakee
Case No:  1:07 C 6516 - NDIL - Judge Gottschall

Dear Clerk:

Pursuant to the order of January 3, 2008 entered by Joan B. Gottschall on the above record

■       was electronically transmitted to   Central District of Illinois, Urbana.

                                  Sincerely yours,

                                  Michael W. Dobbins, Clerk

                                  By:   s/Haydee Pawlowski
                                           Deputy Clerk

Enclosures

New Case No. _____        Date _____

c:     Non-ECF Attorneys and Pro se Parties